NORWALK TWIN TOWERS, INC. *v.* DAVIDSON
AND NAYLOR ET AL.
(10174)

O'CONNELL, HEIMAN and CRETELLA, Js.

Argued January 17—decision released February 4, 1992

*Michael Kurs*, with whom, on the brief, were *Mary Alice Leonhardt*, and *Elliot B. Pollack*, for the appellant (plaintiff).

*Matthew B. Woods*, for the appellee (defendant Peter L. Leepson).

PER CURIAM. The judgment is affirmed.